1  Dustun H. Holmes, Esq., Bar No. 12776
   DHH@mcmenemyholmes.com
2  Ian M. McMenemy, Esq., Bar No. 13190
   IAN@mcmenemyholmes.com
3  MCMENEMY | HOLMES PLLC
   1645 Village Center Circle, Suite 291
4  Las Vegas, Nevada 89134
   Telephone:  702.874.4878
5  Facsimile:   702.874.4969

6  *Attorneys for Philippe Schaad
   and Shooting Gallery Publications, LLC*
7

8 | | **UNITED STATES DISTRICT COURT** |
9 | | **DISTRICT OF NEVADA** |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cv-02059-APG-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES (THIRD REQUEST)** |
| LAWRENCE J. SEMENZA II; ROMIE SEMENZA; LAWRENCE J. SEMENZA, LTD; PHILIPPE SCHAAD; SHOOTING GALLERY PUBLICATIONS, LLC; TESLA, INC., | |
| Defendants. | |

Pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 26-1, Plaintiff the United States of America ("Plaintiff"), Defendants Lawrence J. Semenza II, Romie Semenza, Semenza LTD, Philippe Schaad, and Shooting Gallery Publications, LLC ("Defendants") (collectively the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree:

1.  On February 13, 2024, the Parties submitted, and the Court approved a second stipulation extending the scheduling deadlines. As set forth in the stipulation the Parties were meeting and conferring on two outstanding discovery issues, related to Plaintiff's claims of deficiencies in Defendants' responses to written discovery and a FRCP 30(b)(6) deposition of Plaintiff. Thus, to facilitate potential resolution of these outstanding discovery issues, the discovery deadline was extended to May 1, 2024, for the limited purpose of the outstanding

1

discovery issues, the dispositive motion deadline was extended to June 3, 2024, and the pre-trial order deadline was extended to July 3, 2024. *See* ECF 30.

2. On March 21, 2024, Plaintiff filed a motion to compel regarding certain responses to requests for production of documents and interrogatories and requested oral argument on the motion. *See* ECF 31.

3. On March 22, 2024, the Court issued a minute order setting a hearing on Plaintiff's motion to compel for May 16, 2024, at 10:00 am. *See* ECF No. 32.

4. On March 22, 2024, Defendants Philippe Schaad and Shooting Gallery Publications, LLC served a Third Supplemental Disclosure of Documents and Witnesses.

5. The Parties continued to meet and confer on the outstanding discovery issues, and on April 2, 2024, the Parties conducted another meet and confer to discuss Plaintiff's claims surrounding deficiencies in responses to requests for production of documents and interrogatories and the 30(b)(6) deposition of Plaintiff.

6. The Parties were able to agree on the issues surrounding a 30(b)(6) deposition of Plaintiff but are still attempting to work through the issues regarding Plaintiff's claims of deficiencies in responses to requests for production of documents and interrogatories. Thus, to facilitate additional time for Defendants to respond to Plaintiff's motion to compel, the Parties agreed to set a briefing schedule. Moreover, as part of this conference the Parties discussed the currently scheduled hearing date of May 16, 2024, on Plaintiff's motion to compel, and it was advised that counsel for Defendants Philippe Schaad and Shooting Gallery Publications, LLC would be out-of-town and unavailable on this date. Further, since Plaintiff's counsel would have to travel to Las Vegas for the 30(b)(6) deposition of Plaintiff, it was discussed that if the Court's calendar permitted it would be most efficient to have the hearing set on either May 13, 2024, May 14, 2024, or May 15, 2024, and depending on the date the hearing is rescheduled the Parties could schedule Plaintiff's 30(b)(6) deposition on one of these alternative dates.

7. For the above reasons, and for good cause shown, the Parties therefore seek the current scheduling deadlines, as set forth in the Court's order granted in the second stipulation to

extend (ECF No. 30), be extended by approximately two months and modified as reflected in the table below.

| Deadline | Previous | Modified |
| --- | --- | --- |
| Discovery Deadline | Wednesday, May 1, 2024<br><br>(limited to outstanding requests) | Monday, July 1, 2024<br><br>(limited to outstanding requests) |
| Dispositive Motion Deadline | Monday, June 3, 2024 | Friday, August 2, 2024 |
| Pretrial Order | Wednesday, July 3, 2024 | Monday, September 2, 2024 |

…

…

…

8. This stipulation is being entered into good faith and not for the purposes of delay.

DATED this 18th day of April, 2024.

MCMENEMY HOLMES PLLC

By:   /s/ Dustun H. Holmes
    Dustun H. Holmes, Bar #12776
    1645 Village Center Circle, Suite 291
    Las Vegas, Nevada 89101

*Attorneys for Philippe Schaad
and Shooting Gallery Publications, LLC*

DATED this 18th day of April, 2024.

PISANELLI BICE PLLC

By:   /s/ Todd L. Bice
    Todd L. Bice, Bar #4534
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

*Attorneys for Lawrence J. Semenza II, Romie
Semenza and Lawrence J. Semenza, Ltd.*

DATED this 18th day of April, 2024.

U.S. DEPT. OF JUSTICE, TAX DIVISION

By:   /s/ Kenton McIntosh
    Landon Yost
    Kenton McIntosh
    P.O. Box 683
    Washington, D.C. 20044

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   4/22/2024