1  Todd L. Bice, Esq., Bar No. 4534
   TLB@pisanellibice.com
2  Emily A. Buchwald, Esq., Bar No. 13442
   EAB@pisanellibice.com
3  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
4  Las Vegas, Nevada 89101
   Telephone: 702.214.2100
5  Facsimile: 702.214.2101

6  *Attorneys for Lawrence J. Semenza II,
   Romie Semenza and Lawrence J. Semenza, Ltd.*
7

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:22-cv-02059-APG-DJA |
| Plaintiffs, | |
| v. | **AMENDED STIPULATION AND ORDER TO EXTEND DEADLINES RELATED TO THE UNITED STATES' MOTION FOR SANCTIONS AND MEMORANDUM IN SUPPORT** |
| LAWRENCE J. SEMENZA II; ROMIE SEMENZA; LAWRENCE J. SEMENZA, LTD.; PHILIPPE SCHAAD; SHOOTING GALLERY PUBLICATIONS, LLC; TESLA, INC., | |
| Defendants. | **(FIRST REQUEST)** |

Defendants Lawrence J. Semenza II and Romie Semenza ("Semenza Defendants"), Defendants Phillipe Schaad and Shooting Gallery Publications, LLC ("Schaad Defendants") (collectively "Defendants"), and Plaintiff the United States of America ("Plaintiff") (collectively, the "Parties") respectfully stipulate to extend the deadlines as follows:

    a. Defendants' opposition to United States' Motion for Sanctions and Memorandum in Support (ECF No. 52) shall be due on or before November 6, 2024.

    b. Plaintiff's reply in support of United States' Motion for Sanctions (ECF No. 52) shall be due on or before November 20, 2024.

Good cause exists to extend time to modify the briefing schedule for the United States' Motion for Sanctions, including that counsel for the Semenza Defendants was traveling overseas at the time the motion was filed, to accommodate Plaintiff's counsel's deposition schedule, and to

1

1  provide time for counsel for Defendants to communicate with their clients who live overseas
2  regarding the arguments made in the Motion for Sanctions.
3    The Motion for Sanctions is also about 24-pages in length and contains over 1,000 pages of
4  exhibits. Good cause exists to permit an additional short one-week extension to permit Defendants
5  and their counsel a meaningful opportunity to finalize and file an Opposition.
6    This request will not prejudice any party and the Parties' request is made in good faith and
7  not for the purposes of delay.
8    Respectfully submitted this 30th day of October, 2024.

PISANELLI BICE PLLC

By: */s/ Emily A. Buchwald*
Todd L. Bice, Esq., Bar No. 4534
Emily A. Buchwald, Esq., Bar No. 13442
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
*Attorneys for Lawrence J. Semenza II,*
*Romie Semenza and Lawrence J. Semenza,*
*Ltd.*

MCMENEMY | HOLMES PLLC

By: */s/ Dustun H. Holmes*
Dustun H. Holmes, Esq., #12776
Ian M. McMenemy, Esq., #13190
1645 Village Center Circle, Suite 291
Las Vegas, Nevada 89134
*Attorneys for Philippe Schaad*
*and Shooting Gallery Publications, LLC*

U.S. DEPT. OF JUSTICE, TAX DIVISION

By: */s/ Kenton McIntosh*
David A. Hubbert, Esq.
Landon Yost, Esq.
Kenton McIntosh, Esq.
P.O. Box 683
Washington, D.C. 20044
*Attorney for the United States*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED  10/31/2024