UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>LAWRENCE J. SEMENZA II, et al.,<br><br>　　Defendants | Case No.: 2:22-cv-02059-APG-DJA<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF Nos. 52, 74] |

On December 19, 2024, Magistrate Judge Albregts recommended that I grant in part plaintiff United States of America's motion for sanctions. ECF Nos. 52; 74.  Specifically, Judge Albregts recommended that I grant the motion and impose the sanction of a jury instruction that defendant Romie Semenza destroyed the ledger with which she recorded certain transfers of inheritance money to defendant Philippe Schaad and that the ledger may have been unfavorable to the defendants. ECF No. 74 at 7.  Judge Albregts recommended that I deny the motion in all other respects. *Id.*

No party objected to Judge Albregts' recommendation.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation **(ECF No. 74) is accepted** and plaintiff United States of America's motion for sanctions **(ECF**

1 **No. 52) is granted in part and denied in part** as set forth in this order and in Judge Albregts'
report and recommendation.

DATED this 7th day of January, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE