1  Dustun H. Holmes, Esq., Bar No. 12776
   DHH@mcmenemyholmes.com
2  Ian M. McMenemy, Esq., Bar No. 13190
   IAN@mcmenemyholmes.com
3  MCMENEMY | HOLMES PLLC
   1645 Village Center Circle, Suite 291
4  Las Vegas, Nevada 89134
   Telephone:   702.874.4878
5  Facsimile:    702.874.4969

6  *Attorneys for Philippe Schaad
   and Shooting Gallery Publications, LLC*

7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cv-02059-APG-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF JOINT PRETRIAL ORDER DEADLINE** |
| LAWRENCE J. SEMENZA II; ROMIE SEMENZA; LAWRENCE J. SEMENZA, LTD; PHILIPPE SCHAAD; SHOOTING GALLERY PUBLICATIONS, LLC; TESLA, INC., | **(SECOND REQUEST)** |
| Defendants. | |

Pursuant to Local Rules IA 6-1 and LR IA 6-2 Plaintiff the United States of America ("Plaintiff"), Defendants Philippe Schaad, and Shooting Gallery Publications, LLC ("Defendants") (collectively the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree:

1. On May 16, 2025, the Court entered an order resolving the Parties' dispositive motions. (Dkt. 76).

2. On July 13, 2025, the Court granted the Parties stipulation to extend the deadline to file the joint pretrial order from June 16, 2025, to July 30, 2025. The Parties requested additional time based on discussions surrounding potential resolution, the recent passing of Mrs. Semenza, and the logistics regarding determination of whether Mr. Schaad and/or Mr. Semenza anticipated appearing in person for trial as they both reside in Portugal. (Dkt. 78).

1

3. Since the prior request, the Parties have explored resolution, discussed trial availability of counsel and witnesses, and have exchanged a draft of the joint pretrial order. However, the Parties are working to finalize proposed trial exhibits, any objections and/or stipulations to the same. The Parties are diligently working together to finalize each side's proposed trial exhibits, determining whether any exhibits can be stipulated too, and each side's objections to the same. The Parties respectfully request a slight two-week extension so they can finalize proposed trial exhibits and the joint pretrial order.

4. For the above reasons, and for good cause shown, the Parties request, the current deadline to file the joint pretrial order be extended from July 30, 2025 to August 13, 2025.

5. This stipulation is being entered into good faith and not for the purposes of delay.

DATED this 28th day of July, 2025.

MCMENEMY HOLMES PLLC

By: /s/ Dustun H. Holmes
    Dustun H. Holmes, Bar #12776
    1645 Village Center Circle, Suite 291
    Las Vegas, Nevada 89101

*Attorneys for Philippe Schaad and Shooting Gallery Publications, LLC*

DATED this 28th day of July, 2025.

U.S. DEPT. OF JUSTICE, TAX DIVISION

By: /s/ Landon Yost
    Landon Yost
    Kenton McIntosh
    P.O. Box 683
    Washington, D.C. 20044

*Attorneys for the United States*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: 7/29/2025

2