LANDON YOST
KENTON MCINTOSH
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-307-2144 (Yost); 202-514-3768 (McIntosh)
Fax: 202-307-0054
Landon.M.Yost@usdoj.gov
Kenton.McIntosh@usdoj.gov

*Counsel for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cv-02059-APG-DJA |
| Plaintiff, | |
| v. | **SUGGESTION OF DEATH AND STIPULATION FOR SUBSTITUTION OF PARTY AND PROPOSED ORDER** |
| LAWRENCE J. SEMENZA II, *et al.*, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 25(a)(1), Plaintiff the United States, and Defendants Lawrence J. Semenza II, Lawrence J. Semenza, Ltd., Philippe Schaad, and Shooting Gallery Publications, LLC, ("Parties") give formal notice and suggest upon the record that Defendant Romie Semenza passed away on May 16, 2025. Lawrence J. Semenza II hereby agrees to be appointed for purposes of this litigation only as the personal representative of the Estate of Romie Semenza. The Parties thus request and stipulate that the Court appoint Mr. Semenza as personal representative of the Estate of Romie Semenza for purposes of this litigation, and that Mr. Semenza, in his capacity as the personal representative of the Estate of Romie Semenza, be substituted in place of Romie Semenza in this action.

//

1 | Respectfully submitted this 24th day of September, 2025.

**MCMENEMY HOLMES PLLC**

By */s/ Dustun H. Holmes*
   Dustun H. Holmes
   *Attorney for Philippe Schaad and Shooting Gallery Publications, LLC*

By */s/ Todd L. Bice*
   Todd L. Bice
   *Attorney for Lawrence J. Semenza II*

**U.S. DEPT. OF JUSTICE, TAX DIVISION**

By */s/ Landon Yost*
   Landon Yost
   *Attorney for the United States*

**IT IS SO ORDERED:**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 30, 2025