**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cv-02059-APG-DJA |
| Plaintiff | **Order Confirming Trial Date** |
| v. | |
| LAWRENCE J. SEMENZA II, et al., | |
| Defendants | |

General Order 2025-07 stays civil matters in this district involving the federal government due to the federal government shutdown. The order allows a presiding judge to exempt a case from that general stay order. The government has requested that this case proceed to trial as scheduled beginning on October 20, 2025. I see no reason to delay the trial.

I THEREFORE ORDER that the trial of this matter will begin as scheduled on October 20, 2025. The calendar call remains on October 14, 2025 at 9:00 a.m.

DATED this 6th day of October, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE