**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No.: 2:22-cv-02059-JAD-NJK |
| Plaintiff | |
| v. | **Order Ruling on Parties' Deposition Designation Objections** |
| Lawrence J. Semenza II, et al., | [ECF Nos. 142, 156] |
| Defendants | |

The parties provided their respective objections to the designation depositions.[1]  The parties used the below key for their objections:

        F:     Foundation (lack of)

        H:     Hearsay

        P:     Substantially more prejudicial than probative

        R:     Relevance

        S:     Speculation

        C.     Completeness

Below are the court's rulings on those objections:

**Deposition of Romie Semenza, January 17, 2024:**

    **Government's objections:**

| Page/Line Designation | Government's Objection | Ruling |
|---|---|---|
| 6:9–21 | R (6:9–21) | Sustained |

---

[1] ECF Nos. 142, 155

**Defendants' objections:**

| Page/Line Designation | Defense Objection | Ruling |
|---|---|---|
| 14:25-43:5 | R (15:1-17, 19:15-20:1, 30:7-32:8)<br><br>F, S (23:4-14, 23:19-24:15, 25:1-26:8, 29:25-30:6) | Overruled |
| 44:19-50:25 | F, S (44:19-46:11, 46:24-47:7, 47:11-50:5, 50:9-25) | Overruled in part; sustained as to 24:5–10 and 48:16–23 |
| 51:6-52:8 | F, S (51:6-25) | Overruled |
| 53:5-16 | F, S (53:5-8) | Overruled |
| 56:12-65:25 | F, S (56:12-57:14) | Overruled |
| 81:19-89:16 | F, S (85:5-11)<br><br>R (83:15-89:16)<br><br>C (89:12-16) | Overruled in part; sustained as to 85:5–11. |
| 90:1-95:20 | R (90:1-21)<br><br>F, S, R (91:1-95:20) | Overruled |

**Deposition of Lawrence Semenza, January 18, 2024:**

| Page/Line Designation | Defense Objection | |
|---|---|---|
| 11:20-31:10 | R (17:4-19:23) | Overruled |
| 33:13-50:17 | R (36:22-39:3)<br><br>R (49:5-15)<br><br>R (49:20-50:17) | Overruled |
| 50:21-55:1 | R | Overruled |

| 55:9-57:22 | R (57:12-22) | Overruled |
|---|---|---|
| 58:5-77:3 | R, H (58:5-63:19) <br><br> R, H (67:17-68:22, 70:6-14) <br><br> R (70:22-72:22) | Overruled |
| 82:8-84:24 | R, S (83:24-84:24) | Overruled |
| 85:2-21 | R, S (85:2-13) | Overruled |
| 85:23-86:1 | R, S (85:23-86:1) | Overruled |
| 86:3 | R, S | Overruled |
| 86:6-91:15 | R, H (87:8-91:15) | Overruled |
| 91:17-104:16 | R (91:17-24) <br><br> R (95:17-103:13) <br><br> R (103:17-104:6) | Overruled |
| 109:6-143:19 | R (115:9-117:22) <br><br> R (121:19-129:14) <br><br> R (132:22-134:7) | Overruled |
| 144:1-158:9 | R (145:25-148:24) | Overruled |
| 161:19-24 | R | Overruled |
| 162:2-163:10 | R (162:2-4) | Overruled |
| 174:12-184:22 | R, S (177:17-184:22) | Overruled |
| 185:21-190:3 | R | Overruled |
| 190:8-191:2 | R | Overruled |
| 191:18-195:5 | R (191:18-193:15) | Overruled |
| 200:6-201:18 | R (201:9-18) | Overruled |

**Debtor Examination of Lawrence Semenza, December 6, 2016:**

| Page/Line Designation | Defense Objection | |
|---|---|---|
| 6:9–8:19 | H, R, P | Overruled |
| 12:10–15:2 | H, R, P | Overruled |
| 17:8–20 | H, R, P | Overruled |
| 17:24–18:1 | H, R, P | Overruled |
| 18:15–19:14 | H, R, P | Overruled |
| 19:17–20:1 | H, R, P | Overruled |
| 21:25–22:25 | H, R, P | Overruled |
| 23:2–25:6 | H, R, P | Overruled |
| 27:11–28:12 | H, R, P | Overruled |
| 30:15–31:11 | H, R, P | Overruled |
| 31:14–21 | H, R, P | Overruled |
| 32:1–14 | H, R, P | Overruled |
| 32:17–34:12 | H, R, P | Overruled |
| 34:19–35:15 | H, R, P | Overruled |
| 35:21–36:18 | H, R, P | Overruled |
| 36:24–39:17 | H, R, P | Overruled |
| 41:8–42:9 | H, R, P | Overruled |
| 50:9–54:24 | H, R, P | Overruled |
| 55:3–14 | H, R, P | Overruled |
| 56:18–23 | H, R, P | Overruled |
| 57:8–12 | H, R, P | Overruled |
| 57:19–59:6 | H, R, P | Overruled |
| 59:9–60:9 | H, R, P | Overruled |

| 62:19–63:12 | H, R, P | Overruled |
|---|---|---|
| 73:17–74:4 | H, R, P | Overruled |

**Trial Testimony of Lawrence Semenza, October 6, 2025:**

| Page/Line Designation | Defense Objection | |
|---|---|---|
| 149:24–150:5 | H, R, P | Overruled |
| 173:13–178:14 | H, R, P | Overruled |
| 181:7–182:3 | H, R, P | Overruled |
| 182:15–183:12 | H, R, P | Overruled |
| 185:9–12 | H, R, P | Overruled |
| 186:2–190:3 | H, R, P | Overruled |
| 190:19–191:5 | H, R, P | Overruled |
| 194:19–201:8 | H, R, P | Overruled |
| 202:2–11 | H, R, P | Overruled |
| 210:18–211:3 | H, R, P | Overruled |
| 211:12–212:5 | H, R, P | Overruled |
| 213:2–8 | H, R, P | Overruled |
| 218:15–220:21 | H, R, P | Overruled |
| 225:8–228:20 | H, R, P | Overruled |
| 229:24–230:16 | H, R, P | Overruled |

_____
U.S. District Judge Jennifer A. Dorsey
June 15, 2026

5