BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

LANDON YOST
KENTON MCINTOSH
Trial Attorneys, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-307-2144 (Yost); 202-514-3768 (McIntosh)
Fax: 202-307-0054
Landon.M.Yost@usdoj.gov
Kenton.McIntosh@usdoj.gov

*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE J. SEMENZA II, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-02059-JAD-NJK<br><br>Related Case No. 2:25-cv-1937-ART-NJK<br><br>**ORDER GRANTING MOTION TO AMEND JUDGMENT**<br><br>ECF No. 181 |

The government moves this court to amend its judgment, pointing out that the judgment entered on June 15, 2026, ECF No. 176, omits the money judgment on the Semenzas' underlying federal tax liabilities that Chief Judge Gordon reduced to judgment at summary judgment before this case was reassigned and inaccurately describes the trial disposition. ECF No. 181. The deadline to respond to that motion passed with no opposition or request to extend the time to file one. So with good cause appearing, **IT IS ORDERED that the motion to amend judgment [ECF No. 181] is GRANTED;**

**The Clerk of the Court is DIRECTED to ENTER THIS AMENDED JUDGMENT:**

1. Judgment in favor of the United States and against Lawrence J. Semenza II, the Estate of Romie Semenza, and Lawrence J. Semenza, Ltd. reducing to judgment the federal income tax assessments as follows as of October 16, 2024 plus statutory additions and interest accruing thereafter under 26 U.S.C. §§ 6601, 6621, and 6622 and 28 U.S.C. § 1961(c)(1):

| **The Joint 1040 Liabilities of Lawrence Semenza and the Estate of Romie Semenza** | |
|---|---|
| 2002 | $65,437.36 |
| 2003 | $109,153.18 |
| 2004 | $191,318.78 |
| 2006 | $151,389.71 |
| 2007 | $89,519.72 |
| 2008 | $58,900.30 |
| 2009 | $109,945.35 |
| 2010 | $53,510.60 |
| 2011 | $70,472.32 |
| 2012 | $49,931.80 |
| 2013 | $247,053.71 |
| **Total** | **$1,196,632.83** |
| **The Separate 1040 Liability Against Lawrence Semenza** | |
| 2005 | $45,284.19 |
| **Total** | **$45,284.19** |
| **Restitution Based 1040 Assessments Against Lawrence Semenza** | |
| 2006 | $46,047.77 |
| 2007 | $62,047.04 |
| 2008 | $62,386.00 |
| 2009 | $58,885.00 |
| 2010 | $23,448.00 |
| **Total** | **$252,813.81** |

| Form 1120 Assessments Against Lawrence J. Semenza, Ltd. | |
|---|---|
| 2007 | $53,534.79 |
| 2008 | $16,497.17 |
| 2009 | $23,522.09 |
| **Total** | **$93,554.05** |

2. The Internal Revenue Service shall credit payments toward the 2006–10 restitution-based assessments as payments applied toward the 2006–10 joint assessments and vice versa.

3. The federal tax liens under 26 U.S.C. §§ 6321 and 6322 arose upon assessment and attached to all property and rights to property of Lawrence J. Semenza II and the Estate of Romie Semenza, as determined at summary judgment (ECF No. 76).

4. On the United States' actual-fraudulent-conveyance theory under NRS 112.180(1)(a), the transfer of the real property commonly known as 1826 Indian Bend Drive, Henderson, Nevada 89074 by Lawrence J. Semenza II to Phillipe Schaad is AVOIDED to the extent set forth herein. The Court having rejected the United States' nominee, subsequent-purchaser, and constructive-fraud theories (ECF No. 175 at 24–25), judgment on those theories is entered for the defendants.

5. Of the $654,246.73 in net sale proceeds held in the Court's registry, the United States is awarded $406,531.73 (together with 62.14% of the accrued interest), and Phillipe Schaad is awarded $247,715 (together with 37.86% of the accrued interest), pursuant to 26 U.S.C. § 7403 and ECF No. 175. The Clerk of Court is directed to DISBURSE the registry funds accordingly.

6. The proceeds distributed to the United States under paragraph 5 must be credited against, and partially satisfy, the judgment identified in paragraph 1.

This Amended Final Judgment is the final judgment as to all claims and all parties and supersedes the judgment entered June 15, 2026 (ECF No. 176).

This case remains CLOSED.

U.S. District Judge Jennifer A. Dorsey